IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

HERIBERTO MORALES,

    Petitioner,

v.                                                               4:18cv273–WS/CAS

WARDEN WEATHERS,

    Respondent.

_____

## ORDER DENYING PETITIONER'S § 2241 PETITION

Before the court is the magistrate judge's report and recommendation (doc. 10) docketed September 25, 2018. The magistrate judge recommends that the petitioner's § 2241 petition for writ of habeas corpus be denied. The petitioner has filed no objections to the report and recommendation.

Having reviewed the matter, this court has determined that the report and recommendation should be adopted.

Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation (doc. 10) is ADOPTED and incorporated by reference into this order of the court.

2. The petitioner's petition for writ of habeas corpus (doc. 1) is DENIED.

3. The clerk is directed to enter judgment stating: "The petitioner's petition for writ of habeas corpus is DENIED."

4. A certificate of appealability and leave to appeal in forma pauperis are DENIED.

DONE AND ORDERED this   31st   day of   October  , 2018.

s/ William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE